**E-Filed 8/26/2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SONY CORPORATION, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>AmTRAN Technology, Co., Ltd.,<br><br>                Defendant. | Case Number C 08-5706 JF (HRL)<br>               C 09-3645 EMC<br><br>ORDER[1] (1) GRANTING ADMINISTRATIVE MOTION TO RELATE CASES; (2) DENYING WITHOUT PREJUDICE MOTION TO SHORTEN TIME; AND (3) SETTING CASE MANAGEMENT CONFERENCE<br><br>[re: docket nos. 70, 73 in case<br>     C 08-5706 JF (HRL)] |

      Plaintiffs' administrative motion to relate *AmTRAN Technology Co., Ltd. v. Funai Electric Co., Ltd., et al.*, C 09-3645 EMC, to the instant case is GRANTED. The Clerk shall reassign *AmTRAN Technology Co., Ltd. v. Funai Electric Co., Ltd., et al.*, C 09-3645 EMC to the undersigned.

      Plaintiffs' motion to shorten time for briefing and hearing on Plaintiffs' motion to consolidate the two actions and lift the stay in the instant action, currently set for hearing on

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 08-5706 JF (HRL)
ORDER (1) GRANTING MOTION TO RELATE CASES ETC.
(JFLC2)

1  October 9, 2009, is DENIED WITHOUT PREJUDICE.

2     A Case Management Conference is set in both cases on September 4, 2009 at 10:30 a.m.

3  IT IS SO ORDERED.

6  DATED: August 26, 2009

         _____
         JEREMY FOGEL
         United States District Judge

2

Case No. C 08-5706 JF (HRL)
ORDER (1) GRANTING MOTION TO RELATE CASES ETC.
(JFLC2)

1  This Order has been served upon the following persons:

2  <u>For Case No. C 08-5706 JF (HRL)</u>:

3  Edward G. Poplawski     epoplawski@sidley.com, labrown@sidley.com

4  Joseph Milowic , III     josephmilowic@quinnemanuel.com, dbarksda@woodcock.com

5  Kevin P.B. Johnson     kevinjohnson@quinnemanuel.com, andrewbramhall@quinnemanuel.com, benjaminsinger@quinnemanuel.com, eddefranco@quinnemanuel.com, heatherbelville@quinnemanuel.com, jackievalenzuela@quinnemanuel.com, josephmilowic@quinnemanuel.com, peterklivans@quinnemanuel.com, sherrinvanetta@quinnemanuel.com, thomaspease@quinnemanuel.com, toddkennedy@quinnemanuel.com

Peter H. Kang     pkang@sidley.com, lbrodkin@sidley.com, sflitscan@sidley.com

Rory Stuart Miller     rorymiller@quinnemanuel.com, shawnaallison@quinnemanuel.com, westonreid@quinnemanuel.com

Sean Sang-Chul Pak     seanpak@quinnemanuel.com, susanneglobig@quinnemanuel.com

Theodore Whitley Chandler     hyanagim@sidley.com, jzeng@sidley.com, scjohnson@sidley.com, skim04@Sidley.com, tchandler@sidley.com

<u>For Case No. C 09-3645 EMC</u>:

Bryan J Cahill     bcahill@gklaw.com

Catherine Cetrangolo     ccetrangolo@boardmanlawfirm.com

Edward G. Poplawski     epoplawski@sidley.com, labrown@sidley.com

G. Brian Busey     gbusey@mofo.com

Georgia Van Zanten     gvanzanten@sidley.com

Grant Chieh-Hsiang Yang     gcyang@gmail.com

James Donald Peterson     jpeterson@gklaw.com

Jim S. Zeng     jzeng@sidley.com

Joseph Milowic     josephmilowic@quinnemanuel.com

Karl J. Kramer     kkramer@mofo.com, sdevol@mofo.com

Marc Ascolese     mascolese@sidley.com

Mark W. Danis     mdanis@mofo.com

Patricia L Wheeler     pwheeler@gklaw.com

Patrick Lonergan     plonergan@sidley.com

3

1  Paul D. Tripodi    ptripodi@sidley.com

2  Peter Kang    pkang@sidley.com

3  Peter H. Kang    pkang@sidley.com, lbrodkin@sidley.com, sflitscan@sidley.com

4  Philip Woo    pwoo@sidley.com

5  Richard S. Ballinger    rballinger@mofo.com

6  Robert Goetz    ragoetz@casimirjones.com

7  Rory Stuart Miller    rorymiller@quinnemanuel.com, shawnaallison@quinnemanuel.com, westonreid@quinnemanuel.com

8

9  Scott C Johnson    scjohnson@sidley.com

   Sean Pak    seanpak@quinnemanuel.com
10
   Sean Sang-Chul Pak    seanpak@quinnemanuel.com, susanneglobig@quinnemanuel.com
11
   Teresa Marie Summers    tsummers@mofo.com
12
   Theodore W. Chandler    tchandler@sidley.com
13
   Thomas Pease    thomaspease@quinnemanuel.com
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Case No. C 08-5706 JF (HRL)
ORDER (1) GRANTING MOTION TO RELATE CASES ETC.
(JFLC2)