1  Kevin G. McBride (State Bar No. 195866)
   kgmcbride@jonesday.com
2  Steven J. Corr (State Bar No. 216243)
   sjcorr@jonesday.com
3  JONES DAY
   555 South Flower Street
4  Fiftieth Floor
   Los Angeles, CA  90071-2300
5  Telephone:     (213) 489-3939
   Facsimile:     (213) 243-2539
6
   Jennifer Seraphine (State Bar No. 245463)
7  jseraphine@jonesday.com
   JONES DAY
8  555 California Street, 26th Floor
   San Francisco, CA  94104
9  Telephone:     (415) 875-5892
   Facsimile:     (415) 875-5700
10
   Attorneys for AmTRAN Technology Co., Ltd.
11

**E-Filed 10/29/2009**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMTRAN TECHNOLOGY COMPANY LTD., <br><br> Plaintiff, <br><br> v. <br><br> FUNAI ELECTRIC COMPANY, LTD.; et al., <br><br> Defendants. | Case No.     C 09-03645 JF (HRL) <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING CLAIM CONSTRUCTION SCHEDULE AND HEARING** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# STIPULATION AND ORDER

WHEREAS the parties attended a case management conference before this Court on September 5, 2009;

WHEREAS the Court ordered the parties to meet and confer and agree on a date before the end of 2009 for the claim construction hearing in these related actions;

WHEREAS the Court ordered the parties to meet and confer and agree on a schedule for events that are required under the applicable rules prior to the claim construction hearing;

WHEREAS the parties have met and conferred and agreed to a hearing date of Tuesday, January 19, 2010 for the claim construction hearing; and

WHEREAS the parties have notified the Clerk of Court of the agreed hearing date; and

WHEREAS the parties have met and conferred and agreed to the following schedule of events prior to the claim construction hearing:

| Event | Date | Rule |
| --- | --- | --- |
| Disclosure of Asserted Claims and Infringement Contentions | 9/14/2009 | Patent L.R. 3-1 |
| Document Disclosure Accompanying Disclosure of Asserted Claims and Infringement Contentions | 9/14/2009 | Patent L.R. 3-2 |
| Invalidity Contentions disclosure | 10/2/2009 | Patent L.R. 3-3 |
| Document Disclosure Accompanying Invalidity Contentions | 10/2/2009 | Patent L.R. 3-4 |
| Exchange of Proposed Terms for Construction | 11/6/2009 | Patent L.R. 4-1 |
| Exchange of Preliminary Claim Constructions & Extrinsic Evidence | 11/12/2009 | Patent L.R. 4-2 |
| Joint Claim Construction Prehearing Statement | 11/19/2009 | Patent L.R. 4-3 |
| Completion of Claim Construction Discovery | 11/25/2009 | Patent L.R. 4-4 |
| Opening Claim Construction Brief | 12/1/2009 | Patent L.R. 4-5 |
| Responsive Claim Construction Brief | 12/15/2009 | Patent L.R. 4-5 |
| Reply Claim Construction Brief | 12/22/2009 | Patent L.R. 4-5 |
| Claim Construction & Technology Tutorial | 1/19/2010 | -- |

NOW, THEREFORE, IT IS HEREBY STIPULATED that the parties will adopt the foregoing schedule of events prior to the claim construction hearing on January 19, 2010.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  October 28, 2009                     By:  /s/  Jennifer Seraphine

      Kevin G. McBride (Ca. Bar No. 195866)
      kgmcbride@jonesday.com
      JONES DAY
      555 S. Flower Street, 50th Floor
      Los Angeles, CA 90071
      Telephone:      (213) 489-3939
      Facsimile:        (213) 243-2539

      Jennifer Seraphine (Ca. Bar No. 245463)
      jseraphine@jonesday.com
      JONES DAY
      555 California Street, 26th Floor
      San Francisco, CA 94104
      Telephone:      (415) 626-3939
      Facsimile:        (415) 875-5892

*Attorneys for AmTRAN Technology Co., Ltd.*

Dated: October 28, 2009                      By:  /s/  Richard S. Ballinger

      KARL J. KRAMER (No. 136433)
      RICHARD S. BALLINGER (No. 223655)
      MORRISON & FOERSTER LLP
      755 Page Mill Road
      Palo Alto, CA  94304-1018
      Telephone:       (650) 813-5775
      Facsimile:         (650) 494-0792

      MARK W. DANIS (No. 147948)
      MORRISON & FOERSTER LLP
      1-5-1 Marunouchi
      Chiyoda-ku, Tokyo 100-6529 Japan
      Tel:  011-81-3-3214-6522
      Facsimile:  011-81-3-3214-6512

      Funai-Amtran@mofo.com

*Attorneys for Funai Electric Co., Ltd and Funai Corporation, Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

                                        /s/ Jennifer Seraphine

# ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT: The Court adopts the following schedule of events:

| Event | Date | Rule |
|---|---|---|
| Disclosure of Asserted Claims and Infringement Contentions | 9/14/2009 | Patent L.R. 3-1 |
| Document Disclosure Accompanying Disclosure of Asserted Claims and Infringement Contentions | 9/14/2009 | Patent L.R. 3-2 |
| Invalidity Contentions disclosure | 10/2/2009 | Patent L.R. 3-3 |
| Document Disclosure Accompanying Invalidity Contentions | 10/2/2009 | Patent L.R. 3-4 |
| Exchange of Proposed Terms for Construction | 11/6/2009 | Patent L.R. 4-1 |
| Exchange of Preliminary Claim Constructions & Extrinsic Evidence | 11/12/2009 | Patent L.R. 4-2 |
| Joint Claim Construction Prehearing Statement | 11/19/2009 | Patent L.R. 4-3 |
| Completion of Claim Construction Discovery | 11/25/2009 | Patent L.R. 4-4 |
| Opening Claim Construction Brief | 12/1/2009 | Patent L.R. 4-5 |
| Responsive Claim Construction Brief | 12/15/2009 | Patent L.R. 4-5 |
| Reply Claim Construction Brief | 12/22/2009 | Patent L.R. 4-5 |
| Claim Construction & Technology Tutorial | 01/19/2010 | -- |

SO ORDERED.

Dated: 10/29/2009



JEREMY FOGEL
United States District Judge

# CERTIFICATE OF SERVICE

CASE : 09-CV-03645-JF
AmTRAN Technology Co., Ltd. v. Funai Electric Company, Ltd., et al.

I am over the age of eighteen years and not a party to the within-entitled action. My business address is Jones Day, 555 California Street, 26th Floor, San Francisco, California, 94104.

On October 28, 2009, I served a copy of the following document:

**STIPULATION AND [PROPOSED] ORDER REGARDING CLAIM CONSTRUCTION SCHEDULE AND HEARING**

by electronic transmission.

I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| **Counsel to**<br>**Funai Electric Co., Ltd. and Funai Corporation, Inc.**<br><br>G. Brian Busey<br>E-mail:       gbusey@mofo.com<br>Teresa Marie Summers<br>E-mail:       tsummers@mofo.com<br>MORRISON & FOERSTER LLP<br>2000 Penn. Ave. NW, Suite 6000<br>Washington, DC 20006<br>Telephone:    (202) 887-1504<br>Facsimile:    (202) 887-0763<br><br>Mark W. Danis<br>E-mail:       mdanis@mofo.com<br>MORRISON & FOERSTER LLP<br>3811 Valley Centre Drive, Suite 500<br>San Diego, CA 92130-2332<br>Telephone:    (858) 720-5100 | **Counsel to**<br>**AmTRAN Technology, Inc.**<br><br>Edward G. Poplawski<br>E-mail:       epoplawski@sidley.com<br>Jim S. Zeng<br>E-mail:       jzeng@sidley.com<br>Paul D. Tripodi, II<br>E-mail:       ptripodi@sidley.com<br>Scott C. Johnson<br>E-mail:       scjohnson@sidley.com<br>Theodore W. Chandler<br>E-mail:       tchandler@sidley.com<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA  90013<br>Telephone:    (213) 896-6000<br>Facsimile:    (213) 896-6600 |

| | | |
|---|---|---|
| 1 | | |
| 2 | Richard S. Ballinger<br>E-mail: rballinger@mofo.com | Georgia Van Zanten<br>E-mail: gvanzanten@sidley.com |
| 3 | Karl J. Kramer<br>E-mail: kkramer@mofo.com | Marc Ascolese<br>E-mail: mascolese@sidley.com |
| 4 | MORRISON & FOERSTER LLP<br>755 Page Mill Road | Patrick Lonergan<br>E-mail: plonergan@sidley.com |
| 5 | Palo Alto, CA 94304<br>Telephone: (650) 813-5947 | Peter H. Kang<br>E-mail: pkang@sidley.com |
| 6 | Facsimile: (650) 494-0792<br>Grant Chieh-Hsiang Yang | Philip W. Woo<br>E-mail: pwoo@sidley.com |
| 7 | E-mail: gcyang@gmail.com<br>1738 Crestview Drive | SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000 |
| 8 | Rockville, MD 20854<br>Telephone: (919) 638-0665 | San Francisco, CA 94104<br>Telephone: (415) 772-1200 |
| 9 | Catherine Cetrangolo<br>E-mail: | Facsimile: (415) 772-7400 |
| 10 | ccetrangolo@boardmanlawfirm.com<br>BOARDMAN, SUHR, CURRY & FIELD | Robert Goetz<br>E-mail: ragoetz@casimirjones.com |
| 11 | One South Pinckney St., 4th Floor<br>P.O. Box 927 | CASIMIR JONES, SC<br>440 Science Drive, Suite 203 |
| 12 | Madison, WI 53701 | Madison, WI 53711<br>Telephone: (608) 218-6900 |
| 13 | | Facsimile: (608) 218-6910 |

14  **Counsel to**
    **Sony Corporation, Sony Electronics, Inc.**
15  **and Sony Corporation of America**

16  Edward J. DeFranco
    E-mail: eddefranco@quinnemanuel.com
17  Joseph Milowic
    E-mail:
18          josephmilowic@quinnemanuel.com
    Thomas Pease
19  E-mail:
            thomaspease@quinnemanuel.com
20  QUINN EMANUEL URQUHART OLIVER &
    HEDGES, LLP
21  51 Madison Avenue, 22nd Floor
    New York, NY  10010
22  Telephone: (212) 849-7000
    Facsimile: (212) 849-7100
23
    Rory Stuart Miller
24  E-mail: rorymiller@quinnemanuel.com
    QUINN EMANUEL URQUHART OLIVER &
25  HEDGES, LLP
    865 S. Figueroa Street, 10th Floor
26  Los Angeles, CA 90017
    Telephone: (213) 443-3004
27  Facsimile: (213) 443-3100

28

Sean Sang-Shul Pak
E-mail:      seanpak@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:   (414) 875-6600
Facsimile:   (414) 875-6700

James Donald Peterson
E-mail:      jpeterson@gklaw.com
Bryan J. Cahill
E-mail:      bcahill@gklaw.com
Patricia L. Wheeler
E-mail:      pwheeler@gklaw.com
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701
Telephone:   (608) 257-3911
Facsimile:   (608) 257-0609

Executed on October 28, 2009, at San Francisco, California.

          /s/ Jeannie Jew
          Jeannie Jew