UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Markman Hearing, January 19, 2010 Time: 5 hrs, 25 mins
**Case Number:** CV-09-3645-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter: Summer Clanton**

---

**TITLE:** **AMTRAN TECHNOLOGY V. FUNAI ELECTRIC CO.**

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| **Attorneys Present: Jenniger Seraphine, Kevin McBride** Krista Schwartz, Sasha Mayergoyz | **Attorneys Present: Karl Kramer** Richard Ballinger |

---

PROCEEDINGS:

Markman Hearing held. Parties are present. The Court takes the issues under submission. Continued to 3/26/10 at 10:30 a.m. for further case management conference.