[SEE SIGNATURE PAGE FOR ATTORNEY NAMES]      *E-FILED 04-13-2010*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMTRAN TECHNOLOGY COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> FUNAI ELECTRIC COMPANY, LTD.; et al., <br><br> Defendants. | Case No.    09-CV-03645 JF (HRL) <br><br> **STIPULATED CONTINUANCE OF HEARING DATES AND [PROPOSED] ORDER** |

Plaintiff AmTRAN Technology Company, Ltd. ("AmTRAN") and Defendants Funai Electric Company, Ltd. and Funai Corporation ("Funai") (collectively the "Parties") hereby stipulate:

WHEREAS AmTRAN's Motion to Compel (Docket No. 228) and non-party Renesas Technology America, Inc.'s ("Renesas America") Motion to Quash Subpoena (Docket No. 221) are both scheduled to be heard by Judge Howard R. Lloyd on April 27, 2010 at 10:00 a.m. (*see* Docket Nos. 233 (Order Granting Motion to Shorten Time) & 232 (Order Granting Motion to Shorten Time));

1    WHEREAS the Parties wish to continue the above-referenced motion hearings (and all

2    associated deadlines and briefing schedules) by two weeks, such that the motions will be heard on

3    May 11, 2010; and

4    WHEREAS Renesas America agrees to the requested continuance of its Motion to Quash.

5    NOW, THEREFORE, IT IS HEREBY STIPULATED that the Parties and Renesas

6    America agree to the foregoing new hearing dates, with corresponding adjustments of all briefing

7    schedules and other deadlines.

8    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

9    Dated: April 12, 2010                    By:    /s/ Jennifer Seraphine

10                                          Kevin G. McBride (State Bar No. 195866)
11                                          kgmcbride@jonesday.com
                                            JONES DAY
12                                          555 S. Flower Street, 50th Floor
                                            Los Angeles, CA 90071
13                                          Telephone:  (213) 489-3939
                                            Facsimile:  (213) 243-2539
14

15                                          Krista S. Schwartz
                                            ksschwartz@jonesday.com
16                                          Sasha Mayergoyz
                                            smayergoyz@jonesday.com
17                                          JONES DAY
                                            77 W. Wacker Drive, Suite 3500
18                                          Chicago, IL 60601
19                                          Telephone:  (312) 782-3939
                                            Facsimile:  (312) 782-8585
20

21                                          Jennifer Seraphine (State Bar No. 245463)
                                            jseraphine@jonesday.com
22                                          JONES DAY
                                            555 California Street, 26th Floor
23                                          San Francisco, CA 94104
                                            Telephone:  (415) 626-3939
24                                          Facsimile:  (415) 875-5700

25                                          *Attorneys for Plaintiff*
26                                          *AmTRAN Technology Co., Ltd.*

27

28

1  Dated: April 12, 2010                    By:      /s/ Richard S. Ballinger

2
                                            Karl J. Kramer (No. 136433)
3                                           KKramer@mofo.com
                                            Richard S. Ballinger (No. 223655)
4                                           RBallinger@mofo.com
                                            MORRISON & FOERSTER LLP
5                                           755 Page Mill Road
                                            Palo Alto, CA 94304-1018
6                                           Telephone: (650) 813-5775
                                            Facsimile: (650) 494-0792
7

8                                           Mark W. Danis (No. 147948)
                                            MDanis@mofo.com
9                                           MORRISON & FOERSTER LLP
                                            1-5-1 Marunouchi
10                                          Chiyoda-ku, Tokyo 100-6529 Japan
                                            Tel: 011-81-3-3214-6522
11                                          Facsimile: 011-81-3-3214-6512

12
                                            *Attorneys for Funai Electric Co., Ltd and*
13                                          *Funai Corporation, Inc.*

14
                                            By:      /s/ Sarah J. Givan
15  Dated: April 12, 2010

16                                          Douglas A. Winthrop (No. 183532)
                                            dwinthrop@howardrice.com
17                                          Sarah J. Givan (No. 238301)
                                            sgivan@howardrice.com
18                                          John P. Duchemin (No. 250501)
                                            jduchemin@howardrice.com
19                                          HOWARD RICE NEMEROVSKI CANADY
                                            FALK & RABKIN
20                                          A Professional Corporation
                                            Three Embarcadero Center, 7th Floor
21                                          San Francisco, CA 94111-4024
                                            Telephone: (415) 434-1600
22                                          Facsimile: (415) 677-6262
23
                                            *Attorneys for Non-Party Renesas Technology*
24                                          *America, Inc.*

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.


Dated:  April 12, 2010

_____/s/  Richard S. Ballinger_____

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5

Dated: _____April 13, 2010_____       _____

6

United States District Judge
           Magistrate

7

Howard R. Lloyd

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED CONTINUANCE OF HEARING DATES AND [PROPOSED] ORDER
09-CV-03645 JF (HRL)

5

pa-1398951