1   [SEE SIGNATURE PAGE FOR ATTORNEY NAMES]      **\*E-FILED 04-27-2010\***

2

3

4

5

6

7

8

9                   UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12

13   AMTRAN TECHNOLOGY COMPANY, LTD.,      Case No. 09-CV-03645 JF (HRL)

14            Plaintiff,                   **STIPULATED CONTINUANCE OF
                                           HEARING DATES AND
15       v.                                [PROPOSED] ORDER**

16   FUNAI ELECTRIC COMPANY, LTD.; et al.,
                                           **MODIFIED BY THE COURT**
17            Defendant.

18

19        Plaintiff AmTRAN Technology Company, Ltd. ("AmTRAN") and Defendants Funai

20   Electric Company, Ltd. and Funai Corporation ("Funai") (collectively the "Parties") hereby

21   stipulate:

22        WHEREAS AmTRAN's Motion to Compel (Docket No. 228) and non-party Renesas

23   Technology America, Inc.'s ("Renesas America") Motion to Quash Subpoena (Docket No. 221)

24   are both scheduled to be heard by Judge Howard R. Lloyd on May 11, 2010 at 10:00 a.m. (see

25   Docket No. 237 (Stipulated Continuance of Hearing Dates and Order));

26        WHEREAS the Parties wish to continue the above-referenced motion hearings (and all

27   associated deadlines and briefing schedules) by three weeks, such that the motions will be heard

28   on June 1, 2010;

1    WHEREAS Renesas America agrees to the requested continuance of its Motion to Quash;

2    and

3    WHEREAS in *Vizio, Inc. v. Funai Electronic Company, Ltd. et al.*, Misc. Case No. 5:10-

4    mc-80073-JF (HRLx), Vizio, Inc. and non-party Renesas America have agreed to a three-week

5    extension of the hearing on Renesas America's Motion to Quash (Docket No. 1) currently also

6    scheduled to be heard by Judge Howard R. Lloyd on May 11, 2010 at 10:00 a.m., such that the

7    motion will also be heard on June 1, 2010, at the same time.

8    NOW, THEREFORE, IT IS HEREBY STIPULATED that the Parties and Renesas

9    America agree to the foregoing new hearing dates, with corresponding adjustments of all briefing

10   schedules and other deadlines.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Dated:  April 26, 2010                    By:      /s/ Jennifer Seraphine

2                                             Kevin G. McBride (State Bar No. 195866)
                                              kgmcbride@jonesday.com
3                                             JONES DAY
                                              555 S. Flower Street, 50th Floor
4                                             Los Angeles, CA 90071
                                              Telephone:     (213) 489-3939
5                                             Facsimile:     (213) 243-2539

6                                             Krista S. Schwartz
                                              ksschwartz@jonesday.com
7                                             Sasha Mayergoyz
                                              smayergoyz@jonesday.com
8                                             JONES DAY
                                              77 W. Wacker Drive, Suite 3500
9                                             Chicago, IL 60601
                                              Telephone:     (312) 782-3939
10                                            Facsimile:     (312) 782-8585

11                                            Jennifer Seraphine (State Bar No. 245463)
                                              jseraphine@jonesday.com
12                                            JONES DAY
                                              555 California Street, 26th Floor
13                                            San Francisco, CA 94104
                                              Telephone:     (415) 626-3939
14                                            Facsimile:     (415) 875-5700

15                                            *Attorneys for Plaintiff*
                                              *AmTRAN Technology Co., Ltd.*

16
     Dated:  April 26, 2010                   By:      /s/ Richard S. Ballinger
17
                                              Karl J. Kramer (No. 136433)
18                                            Richard S. Ballinger (No. 223655)
                                              MORRISON & FOERSTER LLP
19                                            755 Page Mill Road
                                              Palo Alto, CA 94304-1018
20                                            Telephone:     (650) 813-5775
                                              Facsimile:     (650) 494-0792
21
                                              Mark W. Danis (No. 147948)
22                                            MORRISON & FOERSTER LLP
                                              1-5-1 Marunouchi
23                                            Chiyoda-ku, Tokyo 100-6529 Japan
                                              Telephone:     011-81-3-3214-6522
24                                            Facsimile:     011-81-3-3214-6512

25                                            Funai-Amtran@mofo.com

26                                            *Attorneys for Funai Electric Co., Ltd and*
                                              *Funai Corporation, Inc.*
27

28

STIPULATED CONTINUANCE OF HEARING DATES AND [PROPOSED] ORDER
CASE NO. 09-CV-03645 JF (HRL)
pa-1401286

- 3 -

1  Dated: April 26, 2010                    By:    /s/ Sarah J. Givan

2                                           Douglas A. Winthrop (No. 183532)
                                            Sarah J. Givan (No. 238301)
3                                           John P. Duchemin (No. 250501)
                                            HOWARD RICE NEMEROVSKI CANADY
4                                               FALK & RABKIN
                                            A Professional Corporation
5                                           Three Embarcadero Center, 7th Floor
                                            San Francisco, CA 94111-4024
6                                           Telephone:    (415) 434-1600
                                            Facsimile:    (415) 677-6262
7                                           Funai-Amtran@mofo.com

8                                           *Attorneys for Non-Party Renesas Technology
                                            America, Inc.*

9

10                               **SIGNATURE ATTESTATION**

11         Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of

12  this document has been obtained from each of the other signatories shown above.

13

14         April 26, 2010

15                                              /s/  Richard S. Ballinger

16

17                               **[PROPOSED] ORDER**

18         PURSUANT TO STIPULATION, IT IS SO ORDERED. **AS MODIFIED:  In view of**

19  **the court's unavailability, the motion hearing is continued to June 8, 2010.**

20

21  Dated:          April 27, 2010

22                                              Howard R. Lloyd
                                                United States Magistrate Judge

23

24

25

26

27

28