**E-Filed 6/10/2010**

1

Kevin G. McBride (State Bar No. 195866)
kgmcbride@jonesday.com
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone:  (213) 489-3939
Facsimile:  (213) 243-2539

Karl J. Kramer (No. 136433)
Richard S. Ballinger (No. 223655)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5775
Facsimile: (650) 494-0792

2

3

4

5

Jennifer Seraphine (State Bar No. 245463)
jseraphine@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700

Mark W. Danis (No. 147948)
MORRISON & FOERSTER LLP
1-5-1 Marunouchi
Chiyoda-ku, Tokyo 100-6529 Japan
Tel: 011-81-3-3214-6522
Facsimile: 011-81-3-3214-6512
Funai-Amtran@mofo.com

6

7

8

9

*Attorneys for Plaintiff
AmTRAN Technology Co., Ltd.*

*Attorneys for Funai Electric Co., Ltd and
Funai Corporation, Inc.*

10

11

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

SAN JOSE DIVISION

15

16

17

AMTRAN TECHNOLOGY COMPANY, LTD.,
          Plaintiff,

Case No.    09-CV-03645 JF (HRL)

18

          v.

19

FUNAI ELECTRIC COMPANY, LTD.; et al.,

**STIPULATION AND [~~PROPOSED~~]
ORDER OF DISMISSAL**

20

          Defendants.

21

22

          The undersigned hereby stipulate pursuant to the terms of their settlement agreement that

23

all claims and counterclaims between any of AmTRAN Technology Co., Ltd., Funai Electric Co.,

24

Ltd., and Funai Corporation, Inc. in the action, *AmTRAN Technology Co., Ltd. v. Funai Electric*

25

*Co., Ltd., et al.*, Case No. 5:09-cv-03645-JF (HRL) in the United States District Court for the

26

Northern District of California, are hereby dismissed with prejudice, without respect to any other

27

parties, claims, or counterclaims.  Each party shall bear its own costs, expenses, and attorneys'

28

fees.

1

2

**SO AGREED:**

3   Dated: May 26, 2010                              By  /s/  Kevin G. McBride

4                                                        Kevin G. McBride
                                                         JONES DAY
5                                                        Attorneys for AmTRAN TECHNOLOGY
                                                         CO., LTD.
6

7

8   Dated: May 26, 2010                              By  /s/   Richard S. Ballinger
                                                         Richard S. Ballinger (No. 223655)
9                                                        MORRISON & FOERSTER LLP
                                                         Attorneys for Funai Electric Company, Ltd.
10                                                       and Funai Corporation, Inc.

11

12

13  **SO ORDERED:**

14

15  Dated: 6/10/2010

16                                                    JEREMY FOGEL
                                                      United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND
[PROPOSED] ORDER OF DISMISSAL
09-CV-03645 JF (HRL)

1

## **SIGNATURE ATTESTATION**

2

3

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of

this document has been obtained from each of the other signatories shown above.

4

5

Dated May 26, 2010

6

                                          /s/  Jennifer Seraphine

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND
[PROPOSED] ORDER OF DISMISSAL
09-CV-03645 JF (HRL)

1

2

3

## CERTIFICATE OF SERVICE
### CASE : 09-CV-03645-JF
#### AmTRAN Technology Co., Ltd.  v. Funai Electric Company, Ltd., et al.

4        I am over the age of eighteen years and not a party to the within-entitled action.  My

5    business address is Jones Day, 555 California Street, 26th Floor, San Francisco, California,

6    94104.

7        On May 26, 2010, I served a copy of the following document:

8            **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

9    by electronic transmission.

10        I am familiar with the United States District Court, Northern District of California's

11    practice for collecting and processing electronic filings.  Under that practice, documents are

12    electronically filed with the court.  The court's CM/ECF system will generate a Notice of

13    Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the

14    case.  The NEF will constitute service of the document.  Registration as a CM/ECF user

15    constitutes consent to electronic service through the court's transmission facilities.

16

17        I hereby certify that on May 26, 2010, I electronically filed the foregoing with the Clerk of

18    the Court for the United States District Court, Northern District of California by using the

19    CM/ECF system.

20        I certify that all participants in the case are registered CM/ECF users and that service will

21    be accomplished by the CM/ECF system.

22

23        Executed on May 26, 2010, at San Francisco, California.

24                                                    /s/ Jeannie Jew

25

26

27

28

STIPULATION AND
[PROPOSED] ORDER OF DISMISSAL
09-CV-03645 JF (HRL)